UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAUL THEIN,

        Plaintiff,

   v.

FEATHER RIVER COMMUNITY COLLEGE,

        Defendant.

NO. CIV. S-06-1777 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on defendant Feather River Community College's ("defendant") motion to modify the pretrial scheduling order to extend the period for discovery and correspondingly, to continue all other pretrial deadlines and the trial date in this matter.[1]  Defendant makes the motion due to its lead counsel Robert Johnson's medical condition.  In January 2007, Mr. Johnson was diagnosed with a serious medical condition requiring he undergo non-elective invasive surgery.  (Johnson

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

1 Decl., filed Feb. 20, 2007, ¶ 5.)  Due to the surgery and the
2 requisite recovery time, Mr. Johnson will be on leave from his
3 office until April 17, 2007.  (Id.)  Presently, discovery closes
4 in this matter on June 4, 2007.  (Status (Pretrial Scheduling)
5 Order, filed Nov. 28, 2006.)  Defendant requests the court extend
6 the deadline to September 14, 2007.  Defendant requests this date
7 in order to provide its counsel with sufficient time following
8 his surgery to complete discovery in this matter but also to
9 bring this case in close alignment with the related matter of
10 Jaurequito v. Feather River Community College, Case. No. 06-2687
11 FCD/GGH, a case involving similar facts and issues, which is also
12 pending before the undersigned.

13    Plaintiff Paul Thein ("plaintiff") does not oppose the
14 requested extension of the discovery period but objects to any
15 further continuance of the other pretrial deadlines and the
16 trial.[2]

17    Pursuant to Federal Rule of Civil Procedure 16(b), a
18 pretrial order "shall not be modified except upon a showing of
19 good cause."  The court may modify the pretrial schedule "if it
20 cannot reasonably be met despite the diligence of the party
21 seeking the extension."  Johnson v. Mammoth Recreations, Inc.,
22 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16,
23 advisory committee's notes (1983 amendment)).  The "good cause"
24 standard primarily focuses upon the diligence of the party

---

26 [2] Presently, expert disclosures are due June 18, 2007;
27 rebuttal expert disclosures are due July 9, 2007; the dispositive motion deadline is October 12, 2007; the final pretrial
28 conference is set for December 14, 2007; and trial is set for February 12, 2008.

2

1  requesting the amendment.  "Although the existence or degree of
2  prejudice to the party opposing the modification might supply
3  additional reasons to deny a motion, the focus of the inquiry is
4  upon the moving party's reasons for seeking modification."  Id.
5       Here, the court finds that defendant has diligently moved
6  for the requested relief and that good cause exists to extend the
7  period for discovery due to defendant's counsel's medical
8  condition.  Extension of the discovery period to September 2007
9  is warranted under the circumstances, considering counsel's
10 expected, lengthy recovery period and the extent of the discovery
11 still remaining,[3] as well as the potential benefits in having
12 this action's discovery parallel the proceedings in Jaurequito.[4]
13 Extension of the discovery period necessitates extension of all
14 other pretrial and trial dates in order to maintain the court's
15 desired intervals between pretrial events and ultimately trial
16 and considering the court's trial schedule generally.
17      As such, the court HEREBY modifies the pretrial scheduling
18 order of November 28, 2006, setting the relevant dates as
19 follows:
20      Discovery Closes:              September 14, 2007
21      Expert Disclosures due:        September 28, 2007
22      Rebuttal Expert Disclosures
        due:                           October 29, 2007

---

[3] The parties have agreed, due to Mr. Johnson's condition, to begin taking depositions of witnesses in late April and May 2007.  The parties expect that, at a minimum, three weeks will be necessary to complete this discovery.

[4] On March 12, 2007, the court issued its pretrial scheduling order for the Jaurequito matter, setting the discovery cut-off for August 10, 2007.  (Docket #14, Civ. 06-2687.)

3

1   Dispositive Motion
    Deadline:                        December 14, 2007
2

3   Final Pretrial Conference:       February 15, 2008 at 1:30 p.m.

4   Trial:                           April 22, 2008 at 9:00 a.m.

5   IT IS SO ORDERED.

6   DATED: March 26, 2007.

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE