1  JEFFREY E. BEESON / SBN 200897
   MICHAEL A. TERHORST / SBN 164679
2  BEESON TERHORST LLP
   510 Bercut Drive, Suite V
3  Sacramento, California  95811-0111
   Telephone: (916) 444-3400
4  Facsimile:   (916) 444-3421

5  Attorneys for Plaintiff
   PAUL THEIN
6

7  ROBERT H. JOHNSON / SBN 48067
   JOHNSON, SCHACHTER & LEWIS
8  2180 Harvard Street, Suite 560
   Sacramento, California 95815
9  Telephone:  (916) 921-5800
   Facsimile:   (916) 921-0247
10

11  Attorneys for Defendant
   FEATHER RIVER COMMUNITY COLLEGE DISTRICT
12  (sued herein as FEATHER RIVER COMMUNITY COLLEGE)

13

14              IN THE UNITED STATES DISTRICT COURT

15                 EASTERN DISTRICT OF CALIFORNIA

16

17  PAUL THEIN,                                CASE NO.:  2:06-CV-01777-FCD-GGH

18          Plaintiff.
        v.                                     **STIPULATED MOTION AND ORDER**
19                                             **FOR EXTENSION OF PRE-TRIAL AND**
   FEATHER RIVER COMMUNITY COLLEGE,            **TRIAL DEADLINES**
20
        Defendant.                             **"AS MODIFIED"**
21  _____

22        Plaintiff PAUL THEIN and Defendant FEATHER RIVER COMMUNITY COLLEGE

23  DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE)

24  submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL

25  DEADLINES ("Motion"):

26        By this Motion, Plaintiff Paul Thein and Defendant Feather River Community College

27  District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling order to

28  extend the period for discovery, all other pre-trial deadlines and trial date in this matter.  One

-1-
STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES

1   modification of the original pre-trial scheduling order, which extended all pre-trial and trial dates

2   approximately two months, was ordered on March 26, 2007.

3           The Parties have engaged in extensive discovery and have mediation scheduled for October

4   1, 2007 in this and other related cases.  The Parties therefore seek to extend the current pre-trial

5   deadlines so that they may complete discovery in the event that this matter does not settle at that

6   time.  The Parties request that all dates be extended approximately two months.

7           Federal Rule of Civil Procedure 16(b) provides that a pretrial order may be modified, "upon

8   a showing of good cause." This Court may modify a pretrial scheduling order if "it cannot

9   reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth

10  Recreations, Inc., 975 F.2d. 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16, advisory

11  committee's notes (1983 amendment)). The "good cause" inquiry focuses primarily on the

12  "diligence of the party seeking the amendment." Id.

13          Here, the Parties have diligently participated in discovery, but are unable to meet the

14  scheduling deadlines and will focus their efforts on a successful mediation.  Therefore, good cause

15  exists for an extension of the pre-trial deadlines in this matter.

16          The Parties stipulate to the following proposed pre-trial dates and trial date:

17          Discovery Closes:                       November 19, 2007

18          Expert Disclosures Due:                 December 3, 2007

19          Rebuttal Expert Disclosures Due:        January 7, 2008

20          Dispositive Motion Deadline:            February 15, 2008

21          Final Pre-Trial Conference:             April 18, 2008

22          Trial                                   June 24, 2008

23          The Parties further stipulate to consider this matter submitted on this Motion pursuant to

24  Eastern District Court of California Local Rule No. 78-230(h).

25  ///

26  ///

27  ///

28

BESSON TERHORST LLP
510 BERCUT DRIVE, SUITE V
SCACRAMENTO, CALIFORNIA 95811
(916) 444-4300 TELEPHONE
(916) 444-4321 FACSIMILE

-2-

**IT IS SO STIPULATED.**

Dated:  September 13,  2007                    BEESON TERHORST LLP

                                         By:  /s/ Michael A. Terhorst
                                              MICHAEL A. TERHORST
                                              Attorneys for Plaintiff
                                              PAUL THEIN

Dated:  September 18, 2007                    JOHNSON SCHACHTER & LEWIS
                                              A Professional Law Corporation

                                         By:   /s/ Robert Johnson
                                              ROBERT JOHNSON
                                              Attorneys for Defendant
                                              FEATHER RIVER COMMUNITY COLLEGE
                                              DISTRICT

### ORDER

   Pursuant to the above stipulation the court resets the discovery and expert designations as noted,

however the court makes the following additional modifications to the pretrial scheduling order:

|  |  |
|---|---|
| All expert discovery to be completed: | February 4, 2008 |
| All dispositive motions to be heard no later than: | April 11, 2008 |
| Final pretrial conference: | June 13, 2008 at 1:30 p.m. |
| The Joint Pretrial Statement to be filed: (The parties are to refer to the court's PSC order as to the form and content of the statement.) | June 6, 2008 |
| Jury trial: | August 19, 2008 at 9:00 a.m |

**IT IS SO ORDERED.**

**DATED: September 20, 2007**

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

BESSON TERHORST LLP
510 BERCUT DRIVE, SUITE V
SCACRAMENTO, CALIFORNIA  95811
(916) 444-4300 TELEPHONE
(916) 444-4321 FACSIMILE

-3-