JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Plaintiff
PAUL THEIN


ROBERT H. JOHNSON, SBN 48067
JOHNSON, SCHACHTER & LEWIS
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone:  (916) 921-5800
Facsimile:   (916) 921-0247

Attorneys for Defendant
FEATHER RIVER COMMUNITY COLLEGE DISTRICT
(sued herein as FEATHER RIVER COMMUNITY COLLEGE)

IN THE UNITED STATES DISTRICT COUT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THEIN,<br><br>           Plaintiff,<br>     v.<br><br>FEATHER RIVER COMMUNITY COLLEGE,<br><br>           Defendant. | CASE NO.: 2:06-CV-01777-FCD-GGH<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>**"AS MODIFIED"** |

Plaintiff PAUL THEIN and Defendant FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES ("Motion"):

By this Motion, Plaintiff Paul Thein and Defendant Feather River Community College District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling order to extend the period for discovery, all other pre-trial deadlines and trial date in this matter, originally set by the Court's November 28, 2006 Order.  Two modifications of the original pre-trial

-1-
**STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**

1  scheduling order, which extended all pre-trial and trial dates approximately two months, were
2  ordered on March 26, 2007 and September 20, 2007.

3  The Parties have engaged in extensive discovery, participated in mediation, and completed a
4  related administrative hearing before the California State Personnel Board.  Issues have arisen in
5  the mediation and administrative hearing that necessitate further discovery. The Parties therefore
6  seek to extend the current pre-trial deadlines so that they may complete discovery. The Parties
7  request that all dates be extended approximately ninety (90) days.

8  Federal Rule of Civil Procedure 16(b) provides that a pretrial order may be modified, "upon
9  a showing of good cause." This Court may modify a pretrial scheduling order if "it cannot
10 reasonably be met despite the diligence of the party seeking the extension." Johnson v. Mammoth
11 Recreations, Inc., 975 F.2d. 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16, advisory
12 committee's notes (1983 amendment)). The "good cause" inquiry focuses primarily on the
13 "diligence of the party seeking the amendment." Id.

14 Here, the Parties have diligently participated in discovery, but are unable to meet the
15 scheduling deadlines due to the complex nature of this case.  Therefore, good cause exists for an
16 extension of the pre-trial deadlines in this matter.

17 The Parties stipulate to the following proposed pre-trial dates and trial date:

18 Discovery Closes:                  February 15, 2008
19 Expert Disclosures Due:            March 3, 2008
20 Rebuttal Expert Disclosures Due:   April 4, 2008
21 Expert Discovery Cutoff:           June 2, 2008
22 Dispositive Motion Deadline:       August 28, 2008
23 Final Pre-Trial Conference:        October 24, 2008 at 2:00 p.m.
24 The Joint Pretrial statement shall be filed no later than October 17, 2008.
25 Jury Trial                         January 13, 2009 at 9:00 a.m.
26 The Parties stipulate only to continue the aforementioned deadlines, leaving the original
27 November 28, 2006 Order otherwise in tact.
28 /////

-2-
**STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**

The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-230(h).

**IT IS SO STIPULATED.**

Dated: November 19, 2007          BEESON TERHORST LLP


By: ___/s/ Michael A. Terhorst_____
    MICHAEL A. TERHORST
    Attorneys for Plaintiff
    PAUL THEIN

Dated: November 19, 2007          JOHNSON SCHACHTER & LEWIS
    A Professional Law Corporation


By: ___/s/ Robert H. Johnson_____
    ROBERT H. JOHNSON
    Attorneys for Defendant
    FEATHER RIVER COMMUNITY COLLEGE
    DISTRICT

**IT IS SO ORDERED.**

Dated: November 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION AND ORDER
FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**