ROBERT H. JOHNSON (SBN O48067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for FEATHER RIVER COMMUNITY COLLEGE (erroneously sued as FEATHER RIVER COMMUNITY COLLEGE)

JEFFREY E. BEESON (SBN 200897)
MICHAEL A. TERHORST (SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, suite V
Sacramento, CA 95811-0111
Telephone: (916) 444-3400
Facsimile: (916) 444-3421

Attorneys for Plaintiff PAUL THEIN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL THEIN,<br><br>       Plaintiff,<br><br>v.<br><br>FEATHER RIVER COMMUNITY COLLEGE<br><br>       Defendants.<br>_____ | **CASE NO. 2:06-CV-01777-FCD-GGH**<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF PRE-TRIAL AND TRIAL DEADLINES**<br><br>**"AS MODIFIED"** |

Plaintiff PAUL THEIN and Defendant FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRC") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) submit the following STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL and TRIAL DEADLINES ("Motion"):

By this Motion, Plaintiff Paul Thein and Defendant Feather River Community College District (referred to collectively as the "Parties") seek to modify the pre-trial scheduling order to

1

extend the period for discovery and all other pre-trial deadlines in this matter, originally set by the Court's November 20, 2007 Order. The Parties are concurrently filing an identical stipulation in the related case of *Jaureguito v. Feather River Community College District,* Case No. 2:06-CV-02687-FCD-GGH.

This matter is one of three cases that, although not consolidated, are related. The other cases related to this matter are *Jaureguito v. Feather River Community College District,* Case No. 2:06-CV-02687-FCD-GGH, the trial of which is set for January 13, 2009 and *Wartluft v. Feather River Community College District*, Case No. 2:07-cv-02023-LEW-GGH, the trial of which is set for April 21, 2009. The Parties, in order to save costs as well as judicial time and resources have agreed that all discovery in any of these and six additional matters pending in other forums[1] may be used at trial in each of these related matters. The parties are further in agreement, in order to avoid confusion, that all dates in the above entitled matter and *Jaureguito v. Feather River Community College District*, including the dates of the Final Pre-trial conference and filing of the Joint Pre-trial Statement, should also be scheduled for the same date. Further, any settlement conferences scheduled in the above entitled matter as well as the matter of *Jaureguito v. Feather River Community College District* should be scheduled on the same date and the Plaintiff in the matter of *Wartluft v. Feather River Community College District* shall be directed to attend the same settlement conference.

The Parties have already engaged in extensive discovery, including the taking of 32 depositions spanning a 27 day period in California, Idaho, New York, and Ohio, participated in a lengthy mediation, and completed 13 days of testimony in a related administrative hearing before the California State Personnel board. Issues have arisen in the mediation and administrative hearing that necessitate further discovery. The Parties therefore seek to extend the current pre-trial deadlines so that they may complete discovery. The Parties request that the dates be

---

[1] There are three state cases also pending in Plumas County Superior Court: *Thein v. FRCCD, et. al,* Case No. 26973; *Jaureguito v. FRCCD, et. al.,* Case No. 26975; and *Wartluft v. FRCCD et. al.,* Case No. 26974. These matters are presently being moved to Butte County pursuant to a stipulation between the parties to change venue. Further there are also decisions pending in the California State Personnel Board for the matters entitled *Wartluft v. FRCCD, et. al.,* Case No. 06-1979; *Jaureguito v. FRCCD, et. al.,* Case No. 06-2186; and *Thein v. FRCCD, et. al.,* Case No. 06-1942.

1 extended to coincide with the dates in the related case of *Wartluft v. Feather River Community College District*, Action No. 2:07-cv-2023 FCD/GGH.

Federal rule of Civil Procedure 16(b) provides that a pre-trial order may be modified, "upon a showing of good cause." This Court may modify a pre-trial scheduling order if "it cannot reasonably be met despite the diligence of the party seeking the extension." <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d. 604, 609 (9th Civ. 1992) (quoting Fed. R. Civ. P. 16, advisory committee's notes (1983 amendment)). The "good cause" inquiry focuses primarily on the "diligence of the party seeking the amendment." <u>Id.</u>

Here, the Parties have diligently participated in discovery, but are unable to meet the scheduling deadlines due to the complex nature of this case. Therefore, good cause exists for an extension of the pre-trial deadlines in this matter.

The Parties stipulate to the following proposed pre-trial dates and trial date:

| | |
|---|---|
| Discovery Closes: | August 15, 2008 |
| Expert Disclosures Due: | August 29, 2008 |
| Supplemental Expert Disclosures Due: | September 18, 2008 |
| Expert Discovery Cutoff: | October 16, 2008 |
| Dispositive Motion Deadline: | December 19, 2008 |

The Final Pre-Trial Conference date; the date for filing the Joint Pre-Trial statement; and the date set for the Jury Trial will remain unchanged.

The Parties stipulate only to continue the aforementioned deadlines, leaving the original November 20, 2007 Order otherwise in tact.

The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-2230(h).

**IT IS SO STIPULATED.**

Dated: March __, 2008					BEESON TERHORST LLP

							By: ___/s/ MichaelA. Terhorst_____
							    MICHAEL A. TERHORST
							Attorneys for Plaintiff PAUL THEIN

Dated: March ___, 2008            JOHNSON SCHACHTER & LEWIS
                                  A Professional Law Corporation


                                  By: __/s/ Robert H. Johnson_____
                                      ROBERT H. JOHNSON
                                      Attorneys for Defendant FEATHER RIVER
                                      COMMUNITY COLLEGE DISTRICT

**ORDER**

Upon review of the request/stipulation above and of the docket the court shall GRANT in part the parties' request. Although, the parties have attempted to submit a stipulation that would leave the final pretrial conference and the jury trial dates as set, the court cannot accommodate that part of the request. Therefore, the court HEREBY SETS the following revised schedule:

The discovery deadline: July 18, 2008;

Designation of expert witnesses: August 29, 2008;

Supplemental rebuttal designations: September 18, 2008;

Expert discovery closes: October 16, 2008;

All dispositive motions shall be heard no later than: December 19, 2008;

The final pretrial conference is set for March 6, 2009 at 2:00 p.m.; and

The jury trial is set for May 12, 2009 at 9:00 a.m.

The court notes for the record that this is the third request/stipulation filed by the parties and the request/stipulation was submitted after the expiration of the discovery and designation of expert deadlines. Accordingly, the court shall not allow any further extensions absent a properly filed motion pursuant to the Court's Pretrial Scheduling Order and the District's local rules.

IT IS SO ORDERED.

DATED: April 22, 2008

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE