UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAUL THEIN,

          Plaintiff,

    v.

FEATHER RIVER COMMUNITY COLLEGE,

          Defendant.

NO. CIV. S-06-1777 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

    The court has reviewed plaintiff Paul Thein's ("plaintiff") motion to modify the Status (Pretrial Scheduling) Order and good cause appearing in light of plaintiff's recent retention of new counsel and considering defendant Feather River Community College's ("defendant") stipulation to the motion, the court HEREBY GRANTS plaintiff's motion.[1]  Fed. R. Civ. P. 16(b).

    The Status (Pretrial Scheduling) Order of November 29, 2006 (Docket #12), as last modified by stipulation and order of April

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

22, 2008 (Docket #30) is HEREBY further modified as follows:

| | |
|---|---|
| Discovery Closes: | April 17, 2009 |
| Expert Disclosures due: | May 8, 2009 |
| Rebuttal Expert Disclosures due: | May 29, 2009 |
| Expert Discovery Deadline: | July 3, 2009 |
| Dispositive Motion Deadline: | August 21, 2009 |
| Final Pretrial Conference: | October 2, 2009 at 1:30 p.m. |
| Trial: | January 26, 2010 at 9:00 a.m. |

All other provisions of the court's Status (Pretrial Scheduling) Order of November 29, 2006 shall remain in tact.

IT IS SO ORDERED.

DATED: October 20, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE