ROBERT H. JOHNSON (SBN O48067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for FEATHER RIVER COMMUNITY COLLEGE DISTRICT (sued as FEATHER RIVER COMMUNITY COLLEGE)

DANIEL SIEGEL (SBN 056400)
DEAN ROYER (SBN 233292)
SIEGEL & YEE
499 14th St., Ste 220
Oakland, CA 94612

Attorneys for Plaintiff PAUL THEIN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL THEIN<br><br>     Plaintiff<br><br>v.<br><br>FEATHER RIVER COMMUNITY COLLEGE<br><br>     Defendant. | **CASE NO. 2:06-CV-01777-FCD-GGH**<br><br>**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY** |

Plaintiff PAUL THEIN and Defendants[1] FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRCCD") (sued herein as FEATHER RIVER COMMUNITY

---

[1] "Defendants" includes prospective Defendant Susan Carroll.

1

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

1  COLLEGE) and prospective Defendant SUSAN CARROLL submit the following STIPULATED
2  MOTION AND ORDER FOR LEAVE (1) TO AMEND COMPLAINT TO ADD PENDENT
3  STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER PRESERVING
4  ALL DEFENSES TO PLAINTIFF'S PENDENT STATE COURT CLAIMS FOR RELIEF (3)
5  TO WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW
6  THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY from
7  each of the related actions described below:

8      By this Motion, Plaintiff PAUL THEIN and Defendant FEATHER RIVER
9  COMMUNITY COLLEGE DISTRICT (referred to collectively as the "Parties") seek to amend
10 the complaint filed with this Court on August 9, 2006 to include certain claims for violations of
11 the California Fair Employment and Housing Act that were originally filed in California state
12 Court in the County of Plumas.  The state action entitled *Thein v. Feather River Community*
13 *College District and Susan Carroll*, Case No.: 26973 alleges two claims for Retaliation in
14 violation of the Fair Employment and Housing Act and Failure to Prevent Discrimination and
15 Harassment in violation of the Fair Employment and Housing Act.[2]  The Parties also stipulate that
16 Defendant may amend the Answer to assert the denials and defenses applicable except the
17 defense of Eleventh Amendment immunity.  Further, Defendants agree to and do expressly waive
18 their right to assert the immunity from suit in federal court afforded to State entities and their
19 employees by the Eleventh Amendment to the United States Constitution.  Defendants stipulate
20 that the statute of limitations for Plaintiff's FEHA action has been tolled during the pendency of
21 Plaintiff's action in state court.  The parties also agree that any award of attorneys' fees and costs
22 to the prevailing party on the state claims shall be determined by this court upon determination of
23 prevailing party status.  Further, the parties stipulate that the parties may use all deposition
24 testimony, discovery, evidence, and hearing testimony (preserving all objections), to support this
25 action, from each of the following related actions; as if said discovery, evidence, or testimony had

26  ───────────────

27      [2] The State action was transferred to Butte County Superior Court, Case No.: 142787.

28

2

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

been obtained in this case:

- *Thein v. Feather River Community College District and Susan Carroll*, Case No.: 142787;
- *Juareguito v. Feather River Community College District, Susan Carroll, and Cameron Abbott*, Case No.: 142789;
- *Wartluft v. Feather River Community College District and Susan Carroll*, Case No. 142788;
- *Jaureguito v. Feather River Community College*, Case No. 2:06-cv-02687-FCD-GGH;
- *Wartluft v. Feather River Community College,* Case No. 2:07-cv-02023-FCD-GGH;
- *Thein v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz*, (Before the State Personnel Board of the State of California), Case No.: 06-1942;
- *Jaureguito v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No.: 06-2186; and
- *Wartluft v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No. 06-1979.

This stipulation is not intended to affect the current scheduling order in this matter and should not result in any delay or additional burden on the federal court because the facts underlying the State court action in Case No. 142787 are the same facts underlying the above-entitled action. In Plaintiff's opposition to Defendant's motion to stay the above-entitled action, Plaintiff admitted that the facts underlying the action were the same and that the only reason he filed a State action separate from the above-entitled action was because of Defendants' Eleventh Amendment immunity. The Parties are concurrently filing an identical stipulation in the related cases of *Jaureguito v. Feather River Community College District,* Case No. 2:06-cv-02687-FCD-GGH and *Wartluft v. Feather River Community College District*, Case No. 2:07-cv-02023-FCD-GGH.

3

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

**JOHNSON SCHACHTER & LEWIS**
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

The Parties further stipulate to consider this matter submitted on this Motion pursuant to Eastern District Court of California Local Rule No. 78-2230(h).

**IT IS SO STIPULATED.**

Dated: November 13, 2008                SIEGEL & YEE


By: ___/s/ Dean Royer_____
      DEAN ROYER
      Attorneys for Plaintiff PAUL THEIN

Dated: November 13, 2008                JOHNSON SCHACHTER & LEWIS
                                        A Professional Law Corporation


By: ___/s/ Robert H. Johnson_____
      ROBERT H. JOHN SON
      Attorneys for Defendant FEATHER RIVER
      COMMUNITY COLLEGE DISTRICT and
      SUSAN CARROLL

**IT IS SO ORDERED.**

Dated: November 13, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**