# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THEIN, | Case No. 2:06-CV-01777-FCD-GGH |
| Plaintiff, | **ORDER RE STATUS (PRETRIAL SCHEDULING) ORDER** |
| vs. | |
| FEATHER RIVER COMMUNITY COLLEGE, | |
| Defendant. | |

Pursuant to the parties Stipulation filed on April 17, 2009, the Court hereby MODIFIES its Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery deadline: | November 6, 2009 |
| Designation of expert witnesses: | November 20, 2009 |
| Supplemental rebuttal designations: | December 10, 2009 |
| Expert discovery deadline: | January 11, 2010 |
| Dispositive motions heard no later than: | March 12, 2010 |
| Final pretrial conference set for | May 21, 2010 at 2:00 p.m. |
| Jury trial set for: | July 20, 2010 at 9:00 a.m. |

Dated: April 20, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

1
*Thein v. Feather River Community College,* Case No. 2:06-CV-01777-FCD-GGH